

**TWELFTH COURT OF APPEALS**

CHIEF JUSTICE
JAMES T. WORTHEN

CLERK
CATHY S. LUSK

JUSTICES
BRIAN HOYLE
GREG NEELEY

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

April 7, 2015

Ms. Karen Phillips
Smith County Clerk
200 East Ferguson
Suite 300
Tyler, TX 75702
* DELIVERED VIA E-MAIL *

FILED IN COURT OF APPEALS
12th Court of Appeals District
APR 15 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

**RE:**    Case Number:              12-14-00308-CV
           Trial Court Case Number:   63,495-B

**Style:** Connie Frazier
           v.
           Irineo Garcia

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
     Katrina McClenny, Chief Deputy Clerk

CC:  Connie Frazier
     Irineo Garcia

Mandate executed on __11__ day of __apil__, 2015.

Brief explanation of action taken: __no let me stay__

__Connie Frazier__                                    District/County Clerk

1517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-593-2193
Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties
www.12thcoa.courts.state.tx.us